# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RONALD ANDRE GOODSON, #149540,**  )<br>    Petitioner,  )<br>  )<br>**v.**  )<br>  )  **CIVIL ACTION 1:23-00303-KD-B**<br>**PHYLLIS MORGAN,**  )<br>    Respondent.  )  | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 10, 2023, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this Section 2254 habeas action is **TRANSFERRED** to the United States District Court for the Middle District of Alabama, Southern Division.

**DONE** and **ORDERED** this the **2nd** day of **October 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**